UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH A. BARTON,

        Petitioner,

    v.

KAREN BRUNSON,

        Respondent.

Case No. C08-5022RBL/JKA

ORDER GRANTING
RESPONDENT AN
EXTENSION OF TIME

       This 28 U.S.C. § 2254 petition has been assigned to the undersigned Magistrate Judge. Before the court is Respondent's motion for an extension of time to file an answer (Dkt. # 11). Counsel indicates files have been ordered from the state court to answer the petition (Dkt. # 12).

       Respondent has shown good cause for an extension of time and will have until **May 2, 2008,** to file an answer.

       The clerk is directed to send copies of this order to petitioner and counsel for respondent. And to note the **May 2, 2008,** due date.

       DATED this 7, day of April, 2008.

                /S/ *J. Kelley Arnold*
                J. Kelley Arnold
                United States Magistrate Judge

ORDER- 1