# United States District Court

WESTERN DISTRICT OF WASHINGTON

KEITH A. BARTON

     v.

KAREN BRUNSON

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5022RBL/JKA

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The petition is **DISMISSED WITH PREJUDICE** as time barred pursuant to 28 U.S.C. § 2244(d).

| | |
|---|---|
| August 25, 2008 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |